## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

GENERAL MOTORS CORPORATION,         Civil No. 08-5150 (JRT/AJB)

                Plaintiff,

v.

                                **ORDER FOR DISMISSAL**

HARRY BROWN'S LLC.,

                Defendant.

_____

Kerry L. Bundy, William L. Killion, Jacob R. Kraus, and Christine Rieck Loukas, **FAEGRE & BENSON LLP**, 90 South Seventh Street, Suite 2200, Minneapolis, MN 55402-3901; and Jeffrey J. Jones and J. Todd Kennard, **JONES DAY**, 525 John H. McConnell Boulevard, Suite 600, Columbus, OH 43215, for plaintiff.

Robert L. DeMay, Curtis D. Ripley, and Jacob B. Sellers, **LEONARD STREET & DEINARD, PA**, 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402, for defendant.


Based upon the stipulation filed August 27, 2009 [Docket No. 110], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that all claims in the Plaintiff's Complaint and all counterclaims in Defendant Harry Brown's, LLC's and Faribault Chrysler, LLC's joint Counterclaim, are hereby **DISMISSED WITHOUT PREJUDICE**, without an award of costs to either party.


DATED: August 28, 2009
at Minneapolis, Minnesota.                      s/John R. Tunheim
                                      JOHN R. TUNHEIM
                               United States District Judge